26 F.3d 121
 Coleman (Pasquale J.)
v.
State of Deleware, Division of Motor Vehicles, De, Ellis
(Paul), Judge, Smith (Nfn), State Trooper; Coleman Pasquale
J.) v. State of Deleware, Deleware State Police, Oberly
(Charles M., III), Tunnell (Christine E.), Deputy Attorney
General, Schirmer (Dennis), Trooper, Barlow (Nfn),
Georgetown Police Department Officer, Jamesway Department
Store, Knorr (Donna), Jamesway Employee
 NOS. 93-7464, 93-7629
 United States Court of Appeals,
Third Circuit.
 Apr 29, 1994
 
 1
 Appeal From: D.Del.
 
 
 2
 VACATED.